**Mary BASS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63051.**

Missouri Court of Appeals,
Western District.

March 8, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 3, 2005.

Application for Transfer Denied
June 21, 2005.

Andrew A. Schroeder, Kansas City, MO,
for Appellant.

Deborah Daniels, Jefferson City, MO,
for Respondent.

Before: SMART, P.J., ELLIS and
HARDWICK, JJ.

*ORDER*

PER CURIAM.

Mary Bass appeals from the denial of
her Rule 29.15 motion after an evidentiary
hearing. Upon review of the record, we
find no error and affirm the judgment.
We have provided the parties with a Mem-
orandum explaining the reasons for our
decision because a published opinion would
have no precedential value.

AFFIRMED. Rule 84.16(b).